DEAR, CLERK OF THE 12th COA's

ENCLOSED IS A Self ADDRESSED STAMPED envelope.

WOULD you Please SenD me a Copy of enclosed. motion? Brief.

Thank you



FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 13 2015

TYLER TEXAS
PAM ESTES, CLERK

IN THE TWELFTH COURT OF APPEALS OF TEXAS

AT TYLER TEXAS

Q'ANDREW SHELTON

V

STATE OF TEXAS

§
§
§
§
§
§

NO. 12-15-00002-CR

FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 13 2015

TYLER TEXAS
PAM ESTES, CLERK

APPELLANT Q'ANDREW SHELTON'S MOTION FOR LEAVE TO AMEND BRIEF

COMES NOW APPELLANT Q'ANDREW SHELTON AND REQUEST LEAVE TO AMEND HIS BRIEF AND WOULD SHOW THE FOLLOWING:

SHELTON WAS CONVICTED OF POSSESSION OF A CONTROLLED SUBSTANCE IN A DRUG FREE ZONE IN TYLER TX AND IS SERVING A 30 YR SENTENCE.

SHELTON'S INITIAL BRIEF WAS FILED ON OCTOBER 8, 2015.

RULE 38.7 OF THE TEXAS RULES OF APPELLATE PROCEDURE PROVIDES THAT "A BRIEF MAY BE AMENDED OR SUPPLEMENTED WHENEVER JUSTICE REQUIRES. ON WHATEVER REASONABLE TERMS THE COURT MAY PRESCRIBE".

SHELTON INSISTS THE JUSTICE REQUIRES THAT LEAVE BE GRANTED TO AMEND SO THAT HIS FULL RIGHT TO APPEAL MAY BE VINDICATED.

THIS REQUEST IS NOT MADE FOR PURPOSE OF DELAY.
" THE BRIEF IS ATTACHED "

RESPECTFULLY SUBMITTED
x Q'Andrew Shelton

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY A COPY OF THIS DOCUMENT WAS SERVED UPON THE STATE ASSISTANT. D.A SMITH COUNTY. MICHAEL WEST. BY MAILING IT TO HIM.

x Q'Andrew Shelton

11-10-15
DATE